BIERMAN & ASSOCIATES
Mark H. Bierman, Esq.
Attorneys for Plaintiffs
17 Battery Place, Suite 204
New York, NY 10004
Tel:212-363-6960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RASHEENA WESLEY, SYREETA WESLEY,
ANKLAV DWYER, JERMAINE CHADWICK,
AMRA ROBINSON, ANGEL RAMIREZ,
JEANNE WILLIAMS, ELLANCY JACQUES
AND RONALD TATE, Individually and
On Behalf of Other Similarly
Situated Former Employees Employed by the
Defendants,

                                                                                   Docket No.
                       Plaintiffs,                    17 CV 00376 (PAC)

    - against -

THE CATALYST CAPITAL GROUP, INC., NATURAL
MARKETS FOOD GROUP, NATURAL MARKET
RESTAURANT CORP., MRS. GREEN'S
MANAGEMENT CORP., MRS. GREEN'S NATURAL
MARKET, INC., PLANET ORGANIC HOLDING
CORP., MRS. GREEN'S OF 585 HUDSON,
INC., MRS. GREEN'S OF TARRYTOWN, INC, and MRS.
GREEN'S OF RYE, INC.,

                       Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION

      Please take notice that, upon the annexed Declaration of Mark H. Bierman, dated 23rd Day of March, 2018, and attached exhibits, the supporting Memorandum of Law, the Settlement Agreement between the parties, and upon all prior pleadings and proceedings had herein,

Plaintiffs will move this Court, before the Honorable Paul J. Crotty, United States District Judge, on a date to be determined by the Court, for an order:

 (1) granting final approval of the Settlement Agreement;

 (2) granting final certification of the class and subclass;

 (3) granting final approval of the Distribution Formula; and

 (4) granting final approval of class incentive awards to Rasheena Wesley, Syreeta Wesley, Jeanne Williams and Ronald Date in accordance with the terms of the Settlement Agreement.

Dated: New York, New York
   March 23, 2018

Respectfully submitted,

By: _____
Mark H. Bierman
Bierman & Associates
17 Battery Place, Suite 204
New York, NY 10004
Tel: 212-363-6960

Attorneys for Plaintiff and the Proposed Class

TO: LAW OFFICES OF BARBARA MEISTER CUMMINS
*Attorneys for Defendant The Catalyst Capital Group, Inc.*
1160 Fifth Avenue, Suite 607
New York, NY 10029
212-289-7095

MORGAN, LEWIS AND BOCKIUS LLP
*Attorneys for Non-Catalyst Defendants*
Joseph A. Nuccio, Esq.
101 Park Avenue
New York, NY 10178
609-919-6600